**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br>INTERNATIONAL SHIPHOLDING<br>CORPORATION, *et al.*,[1]<br><br>                Reorganized Debtors. | Chapter 11<br><br>Case No. 16-12220 (SMB)<br><br>Jointly Administered |
| BOARD OF TRUSTEES OF THE MEBA<br>PENSION TRUST – DEFINED BENEFIT<br>PLAN; BOARD OF TRUSTEES OF THE<br>MASTERS, MATES & PILOTS PENSION<br>PLAN; and BOARD OF TRUSTEES OF THE<br>MASTERS, MATES & PILOTS<br>ADJUSTABLE PENSION PLAN,<br><br>                Plaintiffs,<br><br>v.<br><br>CG RAILWAY, LLC, d/b/a CG RAILWAY,<br>INC.; BULK SHIPHOLDING, INC.; EAST<br>GULF SHIPHOLDING, INC.; JOHN DOE<br>CORPORATIONS "1" THROUGH "100" and<br>OTHER JOHN DOE ENTITIES "1"<br>THROUGH "100,"<br><br>                Defendants. | Adversary Proceeding Case<br>No. 19-01006 (SMB) |

**NOTICE OF ADJOURNMENT OF PRETRIAL CONFERENCE**

      PLEASE TAKE NOTICE that the pretrial conference in the above-captioned adversary proceeding (the "Adversary Proceeding") was previously scheduled for March 7, 2019.

---

[1] The Reorganized Debtors in these cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, are: International Shipholding Corporation (9662); Central Gulf Lines, Inc. (8979); Coastal Carriers, Inc. (6278); Waterman Steamship Corporation (0640); N.W. Johnsen & Co., Inc. (8006); Tower LLC (6755); Frascati Shops, Inc. (7875); Gulf South Shipping PTE LTD (8628); and LCI Shipholdings, Inc. (8094). The service address for each of the above Reorganized Debtors is 2200 Eller Drive, P.O. Box 13038, Fort Lauderdale, FL 33316.

PLEASE TAKE FURTHER NOTICE that pursuant to a stipulation among the parties to the Adversary Proceeding approved by the court on February 25, 2019 (the "Stipulation") [Dkt. No. 7], the pretrial conference was to be adjourned to April 4, 2019 or thereafter, subject to the Court's availability.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Stipulation, the pretrial conference will be held as a telephonic conference on **April 9, 2019 at 10:00 a.m. (prevailing Eastern Time)**.

Dated March 13, 2019

AKIN GUMP STRAUSS HAUER & FELD LLP

By:  /s/ David H. Botter
David H. Botter
Roxanne Tizravesh
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Sarah Link Schultz (admitted *pro hac vice*)
Marty L. Brimmage
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

*Attorneys for Defendant, CG Railway, LLC*